IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CODY JOHN JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-077 |
| | ) | |
| ADA COORDINATOR TERRELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 23, 2023, the Court granted Plaintiff permission to proceed *in forma pauperis* conditioned upon his return of both the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees form. (See doc. no. 3.) On July 11, 2023, Plaintiff returned the Consent to Collection of Fees form, (doc. no. 4), but did not return a Trust Fund Account Statement. On July 17, 2023, Plaintiff filed a notice of change of address informing the Court he was transferred to Central State Prison on July 11, 2023. (See doc. no. 5.) Thus, it is unclear if Plaintiff ever received his Prisoner Trust Fund Account Statement back from the appropriate prison official at his previous prison before the transfer.

Out of an abundance of caution, the Court **DIRECTS** the **CLERK** to send Plaintiff another Prisoner Trust Fund Account Statement form to his new address. The form must be signed by the appropriate prison official and returned to the Court by no later than August 1, 2023. Failure to do so will result in dismissal of this case.

SO ORDERED this 18th day of July, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA