IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CODY JOHN JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-077 |
| | ) | |
| ADA COORDINATOR TERRELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 23, 2023, the Court granted Plaintiff, previously housed at Augusta State Medical Prison in Grovetown, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 3.) On July 17, 2023, Plaintiff returned his Consent to Collection of Fees Form, (doc. no. 4), and notified the Court of his change of address to Central State Prison ("CSP") in Macon, Georgia, (doc. no. 5). On July 18, 2023, the Court re-served the Prisoner Trust Fund Account Statement on Plaintiff at his new address and extended the time to return this document until August 1, 2023. (Doc. no. 6.) Rather than return the IFP paperwork, Plaintiff returned a handwritten document labeled as "Prisoner Trust Fund Account Statement," in which he explains he did not receive the Court's July 18th Order until July 26th and sent a copy of the Trust Fund Account Statement to prison officials the same day, but had not yet received a response. (Doc. no. 7.) Thus, it appears that prison officials at CSP may not have had time to return the paperwork to Plaintiff before his August 1st deadline or had

the benefit of the Court's June 23rd Order specifically directing Plaintiff's Trust Account Statement be completed and returned to him.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). Plaintiff shall have until August 21, 2023, to submit the provided Prisoner Trust Fund Account Statement. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

To ensure that prison officials have received the Trust Fund Account Statement and are aware of the pending deadline, the Court **DIRECTS** the **CLERK** to serve this Order – with this paragraph highlighted - on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff. Plaintiff must then return the Trust Fund Account Statement to the Court by no later than August 21, 2023.

SO ORDERED this 4th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA