AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CODY JOHN JENSEN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV123-77

ADA COORDINATOR TERRELL; COUNSELOR JACKSON; MR. PASCAL; MR. HARMAN,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 24, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Court dismisses Plaintiff's complaint for failure to state a claim upon which relief may be granted. This civil action stands closed.

| | |
|---|---|
| January 24, 2024 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020